1  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:   (916) 447-9200
4  Facsimile:   (916) 329-4900

5  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   415-773-5700
   Facsimile:   415-773-5759
9

10 Attorneys for Defendant
   INSTITUTIONAL TRADING CORPORATION (erroneously
11 sued as "Institutional Trading Company), IT.COM

12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14                      SAN FRANCISCO DIVISION
15

16 KWONG YUNG,                              Case No.  C 07-05949 SC
17            Plaintiff,                    **PROOF OF SERVICE**
18      v.
19
   INSTITUTIONAL TRADING COMPANY, a
20 corporation, IT.COM, a corporation, DOES 1
   to 10.,
21
           Defendant.
22

23
24
25
26
27
28
                              PROOF OF SERVICE

OHS West:260344337.1

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On November 28, 2007, I served upon plaintiff Kwong Yung, the following:

1) NOTICE OF REMOVAL;
2) DEFENDANTS INSTITUTIONAL TRADING CORPORATION AND IT.COM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
3) CIVIL COVER SHEET;
4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5) ECF REGISTRATION INFORMATION HANDOUT (U.S. DISTRICT COURT NORTHERN CALIFORNIA);
6) U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS AND GUIDELINES

by placing true and correct copies thereof in sealed envelopes addressed as follows:

    Albert L. Boasberg, Esq.
    155 Montgomery Street, Suite 1010
    San Francisco, CA 94104
    (415) 989-6960

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelopes for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on November 28, 2007, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                    Rica Guerzon

PROOF OF SERVICE