1  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA 95814-4497
   Telephone:   (916) 447-9200
5  Facsimile:   (916) 329-4900

6  Attorneys for Defendant
   INSTITUTIONAL TRADING COMPANY and IT.COM
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11

12  KWONG YUNG,                              | Case No.
                                             |
13                 Plaintiff,                | STIPULATION CONTINUING DATE
                                             | FOR DEFENDANT INSTITUTIONAL
14       v.                                  | TRADING COMPANY TO ANSWER
                                             | PLAINTIFF'S COMPLAINT (L.R. 6-
15  INSTITUTIONAL TRADING COMPANY, a         | 1(a))
    corporation, IT.COM, a corporation, DOES 1 |
16  to 10,                                   |
                                             |
17                 Defendant.                |

18
19
20
21
22
23
24
25
26
27
28

OHS West 260335950.1

STIPULATION CONTINUING DATE FOR
DEFENDANT TO ANSWER PLAINTIFF'S CLAIM
(CASE NO. _____)

Plaintiff Kwong Yung, on the one hand, and defendants Institutional Trading Company and IT.com, on the other hand, through their respective counsel and pursuant to Local Rule 6-1(a), HEREBY STIPULATE and AGREE that defendants' deadline for filing an answer to the complaint shall be extended from December 3, 2007 to January 7, 2008.

IT IS SO STIPULATED.

Dated: November 16, 2007

ALBERT L. BOASBERG

_____
Attorney for Plaintiff
Kwong Yung

Dated: November 16, 2007

JULIE A. TOTTEN
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael D. Weil
Attorneys for Defendant
Institutional Trading Company and IT.com

OHS West:260335950.1

STIPULATION CONTINUING DATE FOR
DEFENDANT TO ANSWER PLAINTIFF'S CLAIM
(CASE NO. _____)