1  JULIE A. TOTTEN (State Bar No. 166470)
   jatotten@orrick.com
2  MICHAEL D. WEIL (State Bar No. 209056)
   mweil@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA 95814-4497
   Telephone:  (916) 447-9200
5  Facsimile:   (916) 329-4900

6  Attorneys for Defendant
   INSTITUTIONAL TRADING COMPANY and IT.COM

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  KWONG YUNG,                          Case No.

13              Plaintiff,               STIPULATION CONTINUING DATE
                                         FOR DEFENDANT INSTITUTIONAL
14        v.                             TRADING COMPANY TO ANSWER
                                         PLAINTIFF'S COMPLAINT (L.R. 6-
15  INSTITUTIONAL TRADING COMPANY, a     1(a))
    corporation, IT.COM, a corporation, DOES 1
16  to 10,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Kwong Yung, on the one hand, and defendants Institutional Trading Company and IT.com, on the other hand, through their respective counsel and pursuant to Local Rule 6-1(a), HEREBY STIPULATE and AGREE that defendants' deadline for filing an answer to the complaint shall be extended from December 3, 2007 to January 7, 2008.

IT IS SO STIPULATED.

Dated: November 16, 2007

ALBERT L. BOASBERG

_____
Attorney for Plaintiff
Kwong Yung

Dated: November 16, 2007

JULIE A. TOTTEN
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael D. Weil
Attorneys for Defendant
Institutional Trading Company and IT.com



IT IS SO ORDERED

Judge Samuel Conti

STIPULATION CONTINUING DATE FOR
DEFENDANT TO ANSWER PLAINTIFF'S CLAIM
(CASE NO. _____)

OHS West:260335950.1