1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:   +1-916-447-9200
4  Facsimile:   +1-916-329-4900

5  MICHAEL D. WEIL (STATE BAR NO. 209056)
   mweil@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
9
   Attorneys for Defendants
10 INSTITUTIONAL TRADING CORPORATION (erroneously
   sued as "Institutional Trading Company") and IT.COM

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16 | KWONG YUNG,                              | Case No.  07-CV-5949
17 |               Plaintiff,                 | **DECLARATION OF MICHAEL D. WEIL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO F.R.C.P. 12 (B)(2)**
18 |       v.                                 |
19 | INSTITUTIONAL TRADING COMPANY, a         |
   | corporation, IT.COM, a corporation, DOES 1|
20 | to 10,                                   |
21 |               Defendant.                 |

22

23

24

25

26

27

28

I, Michael D. Weil, declare as follows:

1. I am an attorney duly licensed to practice law before this Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record for defendants Institutional Trading Corporation and IT.com. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. I could and would testify competently to the matters set forth in this declaration.

2. In an effort to resolve this litigation informally, and without motion practice, the parties stipulated to extend defendants' deadline for filing an answer to the complaint to January 7, 2008. I spoke with plaintiff's counsel in early December, advising him that California did not have personal jurisdiction over defendants and suggested that the complaint be dismissed and re-filed in Washington, D.C. I followed up this conversation with a letter to plaintiff's counsel on December 11, 2007. Plaintiff's counsel responded the same day with a letter listing several arguments why Plaintiff contends that San Francisco is proper. Attached hereto as Exhibit "A" are true and correct copies of the letters exchanged. Due to the fact that plaintiff would not dismiss his suit and re-file it in the proper jurisdiction, defendants were forced to file this motion to dismiss.

3. Attached hereto as Exhibit "B" is a true and correct copy of the pertinent sections of the Federal Judicial Caseload Statistics March 31, 2007, published by the Statistics Division of the Administrative Office of the United States Courts.

I declare under penalty of perjury that the foregoing is true and correct.

This declaration was executed in San Francisco, California on January 7, 2008.

_____
Michael D. Weil

- 2 -

DECLARATION OF MICHAEL D. WEIL IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS
CASE NO. 07-CV-5949

# EXHIBIT A


ORRICK

December 11, 2007

Michael D. Weil
(415) 773-5794
mweil@orrick.com

**VIA EMAIL AND U.S. MAIL**

Mr. Albert Boasberg, Esq.
Attorney At Law
155 Montgomery Street, Suite 1010
San Francisco, CA 94104

Re:  *Yung v IT. Com*

Dear Mr. Boasberg:

On December 5, 2007, the Court approved the parties' November 16, 2007 stipulation to extend defendant's time to respond to Mr. Yung's complaint until January 7, 2008. Part of the purpose for this continuance was a courtesy to defendant, but another important reason was to give you and your client an opportunity to discuss the appropriate jurisdiction for his lawsuit.

As you and I discussed, we intend to file a motion to dismiss for lack of personal jurisdiction, forum non-conveniens and improper venue. Defendant contends that the proper venue for Mr. Yung's claims is Washington, D.C., and not California, because California lacks personal jurisdiction of defendants.

Our response to the complaint is currently due January 7, 2008. Given the holiday season, we must start working on the motion very soon.

Accordingly, as a courtesy, please let me know by Friday, December 14, 2007 whether plaintiff intends to dismiss his action without prejudice to re-file in Washington, D.C., or whether plaintiff intends to litigate in California and, therefore, we need to prepare and file our motion to dismiss.

Thank you for your courtesy and cooperation.

Very truly yours,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Michael D. Weil

OHS West:260349197.2

ALBERT L. BOASBERG
ATTORNEY AT LAW
ALEXANDER BUILDING, SUITE 1010
155 MONTGOMERY STREET
SAN FRANCISCO 94104
TELEPHONE (415) 989-6960
FACSIMILE (415) 990-6961

December 11, 2007

Michael D. Weil, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

        Re: Yung vs. Institutional Trading Company, etc.

Dear Mr. Weil:

    My client wishes to point out the following with respect to the venue issue:

    1.    A key witness, Anthony Di Franco, lives in the Bay Area, as does my client.

    2.    The work performed by my client for which suit is brought, was in the Bay Area.

    3.    The employment agreement was entered into by my client in San Francisco.

    4.    My client started working for your client in 2005 while he resided in the Bay Area.

    5.    The persons and firms with whom my client had contact in the course of his employment were all in the Bay Area.

121107

December 11, 2007
Page 2

      6.    IT.com and Institutional Trading Corporation do business in the State of California.

      Please let me know whether the foregoing causes your client to change its views on the venue issue.

      Thank you for your cooperation.

              Sincerely yours,

              ALBERT L. BOASBERG

ALB:cc

121107

# EXHIBIT B

Table C.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
During the 12-Month Periods Ending March 31, 2006 and 2007

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | Percent Change[1] | 2006 | 2007 | Percent Change[1] | 2006[2] | 2007 | Percent Change[1] |
| TOTAL | 244,068 | 278,272 | 14.0 | 281,220 | 254,850 | -9.4 | 245,930 | 269,352 | 9.5 |
| DC | 2,566 | 2,388 | -6.9 | 2,598 | 2,757 | 6.1 | 3,275 | 2,906 | -11.3 |
| 1ST | 6,139 | 5,739 | -6.5 | 6,539 | 5,958 | -8.9 | 7,087 | 6,868 | -3.1 |
| ME | 448 | 396 | -11.6 | 509 | 398 | -21.8 | 293 | 291 | -0.7 |
| MA | 3,213 | 3,064 | -4.6 | 3,316 | 3,230 | -2.6 | 3,859 | 3,693 | -4.3 |
| NH | 490 | 475 | -3.1 | 550 | 487 | -11.5 | 410 | 398 | -2.9 |
| RI | 580 | 538 | -7.2 | 540 | 588 | 8.9 | 813 | 763 | -6.2 |
| PR | 1,408 | 1,266 | -10.1 | 1,624 | 1,255 | -22.7 | 1,712 | 1,723 | 0.6 |
| 2ND | 22,422 | 27,879 | 24.3 | 22,080 | 21,999 | -0.4 | 32,103 | 37,983 | 18.3 |
| CT | 2,020 | 2,168 | 7.3 | 2,208 | 2,398 | 8.6 | 2,739 | 2,509 | -8.4 |
| NY,N | 1,687 | 1,532 | -9.2 | 1,511 | 1,574 | 4.2 | 2,715 | 2,673 | -1.5 |
| NY,E | 6,126 | 6,899 | 12.6 | 6,203 | 5,796 | -6.6 | 7,447 | 8,550 | 14.8 |
| NY,S | 10,520 | 15,476 | 47.1 | 10,156 | 10,235 | 0.8 | 16,171 | 21,412 | 32.4 |
| NY,W | 1,720 | 1,517 | -11.8 | 1,654 | 1,690 | 2.2 | 2,698 | 2,525 | -6.4 |
| VT | 349 | 287 | -17.8 | 348 | 306 | -12.1 | 333 | 314 | -5.7 |
| 3RD | 27,444 | 49,423 | 80.1 | 29,653 | 40,194 | 35.5 | 22,439 | 31,668 | 41.1 |
| DE | 1,067 | 862 | -19.2 | 1,367 | 932 | -31.8 | 1,410 | 1,340 | -5.0 |
| NJ | 6,103 | 6,582 | 7.8 | 6,478 | 6,609 | 2.0 | 5,818 | 5,791 | -0.5 |
| PA,E | 14,439 | 36,661 | 153.9 | 15,604 | 27,135 | 73.9 | 9,602 | 19,128 | 99.2 |
| PA,M | 2,819 | 2,526 | -10.4 | 2,957 | 2,535 | -14.3 | 2,035 | 2,026 | -0.4 |
| PA,W | 2,633 | 2,383 | -9.5 | 2,959 | 2,675 | -9.6 | 2,418 | 2,126 | -12.1 |
| VI | 383 | 409 | 6.8 | 288 | 308 | 6.9 | 1,156 | 1,257 | 8.7 |
| 4TH | 18,241 | 16,996 | -6.8 | 38,280 | 17,825 | -53.4 | 14,363 | 13,534 | -5.8 |
| MD | 3,532 | 3,508 | -0.7 | 3,652 | 3,528 | -3.4 | 2,944 | 2,924 | -0.7 |
| NC,E | 1,317 | 1,283 | -2.6 | 1,398 | 1,449 | 3.6 | 1,373 | 1,207 | -12.1 |
| NC,M | 1,201 | 1,073 | -10.7 | 1,277 | 1,106 | -13.4 | 1,011 | 978 | -3.3 |
| NC,W | 1,004 | 1,051 | 4.7 | 1,082 | 1,169 | 8.0 | 1,053 | 935 | -11.2 |
| SC | 3,768 | 3,656 | -3.0 | 23,072 | 3,866 | -83.2 | 3,183 | 2,973 | -6.6 |
| VA,E | 3,950 | 3,485 | -11.8 | 4,149 | 3,564 | -14.1 | 2,012 | 1,933 | -3.9 |
| VA,W | 1,382 | 1,235 | -10.6 | 1,498 | 1,268 | -15.4 | 791 | 758 | -4.2 |
| WV,N | 643 | 621 | -3.4 | 609 | 591 | -3.0 | 719 | 749 | 4.2 |
| WV,S | 1,444 | 1,084 | -24.9 | 1,543 | 1,284 | -16.8 | 1,277 | 1,077 | -15.7 |

37

Table C. (March 31, 2007—Continued)

| Circuit | Filings 2006 | Filings 2007 | Percent Change[1] | Terminations 2006 | Terminations 2007 | Percent Change[1] | Pending 2006[2] | Pending 2007 | Percent Change[1] |
|---|---|---|---|---|---|---|---|---|---|
| **9TH** | **41,030** | **41,105** | **0.2** | **40,977** | **40,867** | **-0.3** | **41,313** | **41,551** | **0.6** |
| AK | 367 | 347 | -5.4 | 338 | 376 | 11.2 | 428 | 399 | -6.8 |
| AZ | 5,006 | 3,616 | -27.8 | 4,343 | 5,163 | 18.9 | 4,962 | 3,415 | -31.2 |
| CA,N | 6,624 | 7,680 | 15.9 | 5,997 | 6,265 | 4.5 | 6,679 | 8,094 | 21.2 |
| CA,E | 4,197 | 4,840 | 15.3 | 3,897 | 4,282 | 9.9 | 5,682 | 6,240 | 9.8 |
| CA,C | 11,585 | 11,590 | 0.0 | 12,530 | 11,455 | -8.6 | 10,700 | 10,835 | 1.3 |
| CA,S | 2,646 | 2,898 | 9.5 | 2,668 | 2,755 | 3.3 | 1,997 | 2,140 | 7.2 |
| HI | 785 | 690 | -12.1 | 767 | 708 | -7.7 | 772 | 754 | -2.3 |
| ID | 567 | 545 | -3.9 | 582 | 571 | -1.9 | 677 | 651 | -3.8 |
| MT | 630 | 640 | 1.6 | 591 | 757 | 28.1 | 875 | 758 | -13.4 |
| NV | 2,232 | 2,332 | 4.5 | 2,149 | 2,062 | -4.0 | 2,470 | 2,740 | 10.9 |
| OR | 2,572 | 2,452 | -4.7 | 2,611 | 2,427 | -7.0 | 2,383 | 2,408 | 1.0 |
| WA,E | 736 | 602 | -18.2 | 777 | 675 | -13.1 | 589 | 516 | -12.4 |
| WA,W | 2,997 | 2,782 | -7.2 | 3,613 | 3,303 | -8.6 | 3,001 | 2,480 | -17.4 |
| GUAM | 39 | 38 | -2.6 | 80 | 39 | -51.3 | 40 | 39 | -2.5 |
| NMI | 47 | 53 | 12.8 | 34 | 29 | -14.7 | 58 | 82 | 41.4 |
| **10TH** | **10,089** | **9,976** | **-1.1** | **10,812** | **10,518** | **-2.7** | **9,303** | **8,761** | **-5.8** |
| CO | 2,766 | 2,746 | -0.7 | 2,887 | 2,865 | -0.8 | 2,160 | 2,041 | -5.5 |
| KS | 1,537 | 1,541 | 0.3 | 1,598 | 1,603 | 0.3 | 1,476 | 1,414 | -4.2 |
| NM | 1,300 | 1,431 | 10.1 | 1,439 | 1,366 | -5.1 | 1,375 | 1,440 | 4.7 |
| OK,N | 779 | 734 | -5.8 | 929 | 808 | -13.0 | 886 | 812 | -8.4 |
| OK,E | 541 | 547 | 1.1 | 567 | 590 | 4.1 | 503 | 460 | -8.5 |
| OK,W | 1,576 | 1,522 | -3.4 | 1,713 | 1,613 | -5.8 | 1,159 | 1,068 | -7.9 |
| UT | 1,275 | 1,165 | -8.6 | 1,346 | 1,329 | -1.3 | 1,380 | 1,216 | -11.9 |
| WY | 315 | 290 | -7.9 | 333 | 344 | 3.3 | 364 | 310 | -14.8 |
| **11TH** | **26,166** | **35,128** | **34.3** | **28,080** | **27,297** | **-2.8** | **21,731** | **29,562** | **36.0** |
| AL,N | 2,766 | 4,984 | 80.2 | 3,186 | 3,678 | 15.4 | 2,577 | 3,883 | 50.7 |
| AL,M | 1,274 | 1,180 | -7.4 | 1,244 | 1,296 | 4.2 | 1,259 | 1,143 | -9.2 |
| AL,S | 772 | 939 | 21.6 | 778 | 828 | 6.4 | 705 | 816 | 15.7 |
| FL,N | 1,498 | 1,647 | 9.9 | 1,540 | 1,583 | 2.8 | 1,262 | 1,326 | 5.1 |
| FL,M | 6,692 | 13,489 | 101.6 | 6,796 | 6,429 | -5.4 | 5,224 | 12,284 | 135.1 |
| FL,S | 6,829 | 7,062 | 3.4 | 7,528 | 7,277 | -3.3 | 5,710 | 5,495 | -3.8 |
| GA,N | 3,984 | 3,614 | -9.3 | 4,615 | 4,009 | -13.1 | 3,050 | 2,655 | -13.0 |
| GA,M | 1,194 | 1,131 | -5.3 | 1,168 | 1,089 | -6.8 | 1,057 | 1,099 | 4.0 |
| GA,S | 1,157 | 1,082 | -6.5 | 1,225 | 1,108 | -9.6 | 887 | 861 | -2.9 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
[1] PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD.
[2] REVISED.

39

Table D. Cases
U.S. District Courts—Criminal Cases Commenced, Terminated, and Pending
During the 12-Month Periods Ending March 31, 2006 and 2007

| Circuit and District | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | Percent Change[1] | 2006 | 2007 | Percent Change[1] | 2006[2] | 2007 | Percent Change[1] |
| TOTAL | 68,570 | 66,629 | -3.0 | 67,530 | 68,584 | 1.6 | 71,652 | 69,697 | -2.7 |
| DC | 412 | 380 | -7.8 | 491 | 474 | -3.5 | 1,368 | 1,274 | -6.9 |
| 1ST | 1,430 | 1,303 | -8.9 | 1,321 | 1,349 | 2.1 | 1,841 | 1,795 | -2.5 |
| ME | 208 | 175 | -15.9 | 249 | 193 | -22.5 | 162 | 144 | -11.1 |
| MA | 346 | 373 | 7.8 | 374 | 417 | 11.5 | 827 | 783 | -5.3 |
| NH | 293 | 235 | -19.8 | 189 | 250 | 32.3 | 273 | 258 | -5.5 |
| RI | 138 | 129 | -6.5 | 143 | 126 | -11.9 | 230 | 233 | 1.3 |
| PR | 445 | 391 | -12.1 | 366 | 363 | -0.8 | 349 | 377 | 8.0 |
| 2ND | 3,292 | 3,279 | -0.4 | 3,494 | 3,229 | -7.6 | 7,535 | 7,585 | 0.7 |
| CT | 276 | 281 | 1.8 | 274 | 272 | -0.7 | 409 | 418 | 2.2 |
| NY,N | 432 | 437 | 1.2 | 415 | 353 | -14.9 | 549 | 633 | 15.3 |
| NY,E | 747 | 776 | 3.9 | 798 | 744 | -6.8 | 2,064 | 2,096 | 1.6 |
| NY,S | 1,126 | 975 | -13.4 | 1,298 | 1,087 | -16.3 | 3,674 | 3,562 | -3.0 |
| NY,W | 583 | 662 | 13.6 | 560 | 627 | 12.0 | 651 | 686 | 5.4 |
| VT | 128 | 148 | 15.6 | 149 | 146 | -2.0 | 188 | 190 | 1.1 |
| 3RD | 2,926 | 2,979 | 1.8 | 3,209 | 3,034 | -5.5 | 3,773 | 3,718 | -1.5 |
| DE | 116 | 162 | 39.7 | 161 | 130 | -19.3 | 164 | 196 | 19.5 |
| NJ | 1,018 | 1,048 | 2.9 | 1,113 | 1,127 | 1.3 | 1,179 | 1,100 | -6.7 |
| PA,E | 616 | 686 | 11.4 | 855 | 682 | -20.2 | 904 | 908 | 0.4 |
| PA,M | 531 | 453 | -14.7 | 505 | 447 | -11.5 | 539 | 545 | 1.1 |
| PA,W | 511 | 513 | 0.4 | 439 | 530 | 20.7 | 530 | 513 | -3.2 |
| VI | 134 | 117 | -12.7 | 136 | 118 | -13.2 | 457 | 456 | -0.2 |
| 4TH | 8,361 | 8,635 | 3.3 | 7,533 | 8,718 | 15.7 | 10,350 | 10,267 | -0.8 |
| MD | 1,662 | 1,660 | -0.1 | 1,363 | 1,373 | 0.7 | 2,669 | 2,956 | 10.8 |
| NC,E | 1,290 | 1,104 | -14.4 | 1,025 | 1,670 | 62.9 | 1,884 | 1,318 | -30.0 |
| NC,M | 358 | 410 | 14.5 | 395 | 392 | -0.8 | 279 | 297 | 6.5 |
| NC,W | 520 | 477 | -8.3 | 463 | 451 | -2.6 | 682 | 708 | 3.8 |
| SC | 779 | 839 | 7.7 | 780 | 818 | 4.9 | 830 | 851 | 2.5 |
| VA,E | 2,856 | 3,281 | 14.9 | 2,588 | 3,033 | 17.2 | 2,984 | 3,232 | 8.3 |
| VA,W | 371 | 349 | -5.9 | 370 | 438 | 18.4 | 580 | 491 | -15.3 |
| WV,N | 279 | 275 | -1.4 | 258 | 259 | 0.4 | 224 | 240 | 7.1 |
| WV,S | 246 | 240 | -2.4 | 291 | 284 | -2.4 | 218 | 174 | -20.2 |

58

## Table D. Cases (March 31, 2007—Continued)

| Circuit and District | Filings 2006 | Filings 2007 | Percent Change[1] | Terminations 2006[2] | Terminations 2007 | Percent Change[1] | Pending 2006[2] | Pending 2007 | Percent Change[1] |
|---|---|---|---|---|---|---|---|---|---|
| **9TH** | **13,573** | **12,904** | **-4.9** | **13,578** | **13,541** | **-0.3** | **13,362** | **12,725** | **-4.8** |
| AK | 184 | 144 | -21.7 | 181 | 162 | -10.5 | 152 | 134 | -11.8 |
| AZ | 3,895 | 3,681 | -5.5 | 3,725 | 4,032 | 8.2 | 3,019 | 2,668 | -11.6 |
| CA,N | 682 | 614 | -10.0 | 670 | 622 | -7.2 | 924 | 916 | -0.9 |
| CA,E | 985 | 835 | -15.2 | 843 | 816 | -3.2 | 1,169 | 1,188 | 1.6 |
| CA,C | 1,281 | 1,092 | -14.8 | 1,504 | 1,331 | -11.5 | 2,031 | 1,792 | -11.8 |
| CA,S | 2,508 | 2,890 | 15.2 | 2,495 | 2,958 | 18.6 | 1,838 | 1,770 | -3.7 |
| HI | 423 | 343 | -18.9 | 570 | 371 | -34.9 | 494 | 466 | -5.7 |
| ID | 235 | 225 | -4.3 | 208 | 222 | 6.7 | 204 | 207 | 1.5 |
| MT | 458 | 403 | -12.0 | 452 | 399 | -11.7 | 404 | 408 | 1.0 |
| NV | 561 | 415 | -26.0 | 555 | 514 | -7.4 | 718 | 619 | -13.8 |
| OR | 666 | 652 | -2.1 | 673 | 651 | -3.3 | 712 | 713 | 0.1 |
| WA,E | 410 | 377 | -8.0 | 515 | 403 | -21.7 | 305 | 279 | -8.5 |
| WA,W | 1,180 | 1,078 | -8.6 | 1,026 | 963 | -6.1 | 1,313 | 1,428 | 8.8 |
| GUAM | 89 | 138 | 55.1 | 135 | 70 | -48.1 | 55 | 123 | 123.6 |
| NMI | 16 | 17 | 6.3 | 26 | 27 | 3.8 | 24 | 14 | -41.7 |
| **10TH** | **6,549** | **6,421** | **-2.0** | **6,529** | **6,471** | **-0.9** | **5,018** | **4,968** | **-1.0** |
| CO | 597 | 582 | -2.5 | 545 | 519 | -4.8 | 879 | 942 | 7.2 |
| KS | 734 | 728 | -0.8 | 669 | 784 | 17.2 | 788 | 732 | -7.1 |
| NM | 2,909 | 2,616 | -10.1 | 2,964 | 2,733 | -7.8 | 1,579 | 1,462 | -7.4 |
| OK,N | 172 | 199 | 15.7 | 229 | 223 | -2.6 | 158 | 134 | -15.2 |
| OK,E | 75 | 69 | -8.0 | 87 | 81 | -6.9 | 51 | 39 | -23.5 |
| OK,W | 721 | 934 | 29.5 | 726 | 762 | 5.0 | 456 | 628 | 37.7 |
| UT | 1,015 | 954 | -6.0 | 1,036 | 1,030 | -0.6 | 756 | 680 | -10.1 |
| WY | 326 | 339 | 4.0 | 273 | 339 | 24.2 | 351 | 351 | 0.0 |
| **11TH** | **6,218** | **5,922** | **-4.8** | **5,950** | **6,153** | **3.4** | **6,034** | **5,803** | **-3.8** |
| AL,N | 515 | 541 | 5.0 | 468 | 507 | 8.3 | 453 | 487 | 7.5 |
| AL,M | 291 | 253 | -13.1 | 250 | 285 | 14.0 | 309 | 277 | -10.4 |
| AL,S | 271 | 291 | 7.4 | 259 | 294 | 13.5 | 298 | 295 | -1.0 |
| FL,N | 458 | 583 | 27.3 | 402 | 557 | 38.6 | 526 | 552 | 4.9 |
| FL,M | 1,265 | 1,169 | -7.6 | 1,202 | 1,269 | 5.6 | 1,289 | 1,189 | -7.8 |
| FL,S | 1,513 | 1,492 | -1.4 | 1,602 | 1,457 | -9.1 | 997 | 1,032 | 3.5 |
| GA,N | 708 | 566 | -20.1 | 647 | 644 | -0.5 | 950 | 872 | -8.2 |
| GA,M | 498 | 483 | -3.0 | 555 | 519 | -6.5 | 441 | 405 | -8.2 |
| GA,S | 699 | 544 | -22.2 | 565 | 621 | 9.9 | 771 | 694 | -10.0 |

NOTE: PENDING TOTALS EXCLUDE EACH CASE IN WHICH THE DEFENDANT HAS BEEN A FUGITIVE SINCE BEFORE OCTOBER 1, 2005. HOWEVER, NO CASE WITH MULTIPLE DEFENDANTS HAS BEEN EXCLUDED UNLESS ALL DEFENDANTS IN THE CASE HAVE BEEN FUGITIVES SINCE BEFORE OCTOBER 1, 2005. THIS TABLE INCLUDES ALL FELONY AND CLASS A MISDEMEANOR CASES, BUT INCLUDES ONLY THOSE PETTY OFFENSE CASES THAT HAVE BEEN ASSIGNED TO DISTRICT JUDGES.
[1] PERCENT CHANGE NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED FOR THE PREVIOUS PERIOD.
[2] REVISED.

60