1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone:    +1-916-447-9200
4  Facsimile:    +1-916-329-4900

5  MICHAEL D. WEIL (STATE BAR NO. 209056)
   mweil@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
9
   Attorneys for Defendants
10 INSTITUTIONAL TRADING CORPORATION (erroneously
   sued as "Institutional Trading Company") and IT.COM
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| 16 | KWONG YUNG, | Case No.  07-CV-5949 |
|---|---|---|
| 17 | Plaintiff, | **[PROPOSED] ORDER DISMISSING PLAINTIFF KWONG YUNG'S COMPLAINT WITH PREJUDICE** |
| 18 | v. | |
| 19 | INSTITUTIONAL TRADING COMPANY, a corporation, IT.COM, a corporation, DOES 1 to 10, | Date:    February 22, 2008<br>Time:    10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge:    Honorable Samuel Conti |
| 20 | | |
| 21 | Defendant. | |

22
23
24
25
26
27
28

Defendants Institutional Trading Corporation and IT.com's Motion to Dismiss with prejudice Plaintiff Kwon Yung's Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) came on regularly for hearing in the above-titled Court on February 22, 2007, at 10:00 a.m.  The Court, after considering the papers filed in support of and in opposition to the motion to dismiss and the arguments of counsel, and good cause appearing therefore:

The Motion to Dismiss is GRANTED.  Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated _____                               _____
                                                                        Hon. Samuel Conti
                                                                    United States District Judge